# Houston Public Schools



Houston · Texas

## Brian Michael Bartholomew Gaherty

has satisfied the requirements for graduation and is entitled to receive this

# Diploma

from

## James Madison High School

Given by authority of the Board of Education of Houston Public Schools

### May 30, 1980

President of the School Board

Secretary of the School Board

General Superintendent of Schools

Principal of High School

EXHIBIT 4



**1977-78**

# Certificate of Award

## Brian Guherty

a student of ___MADISON HIGH SCHOOL___ School is commended for

## Punctual and Regular Attendance

Given at _Awards Day_ this _22 nd_ day of _May_, 19 _80_

_Carrie C. Nigh_

PRINCIPAL

FORM 833—SUPREME SCHOOL SUPPLY CO., ARCADIA, WI 54612

EXHIBIT 4

# Certificate of Congratulation

*To all to whom these Presents shall come, this Certificate is Presented to*

## Brian Flaherty

*It is my privilege to extend cordial congratulations upon the accomplishment of your graduation from High School. May this day begin for you further achievement of outstanding citizenship in your community and for your country.*

*In Testimony Whereof, I have hereunto signed my name and caused the Seal of the House of Representatives to be affixed at the City of Austin, this the 25th day of May A.D., 1980.*

*State Representative*

Not printed at State expense.

EXHIBIT 4



EXHIBIT 4

HOUSTON INDEPENDENT SCHOOL DISTRICT

REPORT CARD

| LAST NAME | FIRST NAME | I | HOMEROOM | SCHOOL NAME |
|---|---|---|---|---|
| GAHERTY | BRIAN | N | 107 | DOWLING JR HIGH |

| STUDENT NO | ADDRESS | PHONE NO | SEX | GRADE | BIRTH DATE |
|---|---|---|---|---|---|
| 429762 | 4619 PINEBROOK | 4334714 | M | 08 | 07-29-62 |

| COURSE-SEC. | COURSE DESCRIPTION | TEACHER | GRADES | EXAM. | AV. | CREDIT | CONDUCT |
|---|---|---|---|---|---|---|---|
| 208203 | MATH 8A | SHEPARD | E | | | | E |
| 308211 | HISTORY 8A | CLARK | C | | | | E |
| 408207 | SCIENCE 8A | FREELAND | B | | | | E |
| 738201 | METALSHOP 8 | TURNER | A | | | | E |
| | HOMEROOM | MAHAN | | | | | |

HOMEROOM CONDUCT: E

| SCHOOL YEAR | PERIOD ENDING | ABSENCES | TARDIES | TOTAL CREDITS | CONDUCT AVERAGE |
|---|---|---|---|---|---|
| 1975-1976 | 10-10-75 | | 00 | 000 | E |

| SCHOOL PRINCIPAL | DATE ENROLLED | DATE DROPPED |
|---|---|---|
| CHESTER N CARD | 75-05-02 | |

A = EXCELLENT
B = GOOD
C = FAIR
D = PASSING
F = FAILING
I = INCOMPLETE

E = EXCELLENT
G = GOOD
P = PROBATIONARY
U = UNSATISFACTORY

NOTES:
1. F-REPRESENTS FINAL EXAM. GRADE LESS THAN 50%
2. * DISCIPLINARY CONDUCT GRADE GIVEN BY SCHOOL PRINCIPAL

PARENT'S SIGNATURE

FORM NO. 40. 758

**STUDENT COPY**

# First Holy Communion Certificate

### The Sacrament of the Holy Eucharist
### was received by

Brian Michael Gaherty

*on* April 11, 1970 *in the*

St. Benedict's Church
14525 White Heather          Houston, Texas

*given by the Reverend* Joseph Fiorenza

*issued by* Joseph Fiorenza

Conception Abbey Press    Conception, Mo.

EXHIBIT 4



# Certificate of Baptism

## Church of

Our Lady of Loretto

17116 Olympia  Detroit, Mich 48240

### ⤝ This is to Certify ⤞

**That** Brian Michael

**Child of** John A. Gaherty

**and** Theresa Strenk

**born in** Detroit (CITY)    Michigan (STATE)

**on the** 29th **day of** July    19 62

**was Baptized**

**on the** 18th **day of** August    19 62

### According to the Rite of the Roman Catholic Church

**by the Rev.** John A. Blaska

**the Sponsors being** {  Russell Sorlin

Eleanor Jarosz

**as appears from the Baptismal Register of this Church.**

**Dated** February 16, 1970

Rev. Robert V. Ryan

*Pastor*

G. A. FUCHS CO., DETROIT

EXHIBIT 4

DETROIT DEPARTMENT OF HEALTH
**Vital Statistics Division**

### CERTIFICATE OF LIVE BIRTH

MICHIGAN DEPARTMENT OF HEALTH
Vital Records Section

BIRTH No. 121-5

Local File No. **22508**

| | | |
|---|---|---|
| 1. PLACE OF BIRTH a. COUNTY **WAYNE** | 2. USUAL RESIDENCE OF MOTHER a. STATE **Michigan** | b. COUNTY **Wayne** |
| b. CITY *(if outside corporate limits, write RURAL and give township)* OR VILLAGE **DETROIT** | c. TOWNSHIP, CITY OR VILLAGE **Detroit P.O.** | d. Is Residence within limits of a city or incorporated village? Yes ☒ No ☐ |
| c. FULL NAME OF HOSPITAL OR INSTITUTION *(If NOT in hospital or institution, give street address or location)* **MT. CARMEL MERCY HOSP.** | e. MAILING ADDRESS **17601 Olympia** | ZONE **40** |

**CHILD'S NAME** *(Type or Print)*

| a. (First) | b. (Middle) | c. (Last) |
|---|---|---|
| **Brian** | **Michael** | **Gaherty** |

| 4. SEX **Male** | 5a. THIS BIRTH Single ☒ Twin ☐ Triplet ☐ | 5b. IF TWIN OR TRIPLET *(This child born)* 1st ☐ 2nd ☐ 3rd ☐ | 6. DATE OF BIRTH (Month) **July** (Day) **29** (Year) **1962** |
|---|---|---|---|

### FATHER OF CHILD

| 7. FULL NAME a. (First) **John** | b. (Middle) **Aloysius** | c. (Last) **Gaherty** | 8. COLOR OR RACE **White** |
|---|---|---|---|
| 9. AGE *(at time of this birth)* **39** YEARS | 10. BIRTHPLACE *(State or foreign country)* **Mass.** | 11. USUAL OCCUPATION **Technician** | 12. KIND OF BUSINESS OR INDUSTRY **Fritz Jardon Lab.** |

### MOTHER OF CHILD

| 12. FULL MAIDEN NAME a. (First) **Teresa** | b. (Middle) **Rebecca** | c. (Last) **Strenk** | 13. COLOR OR RACE **White** |
|---|---|---|---|
| 14. AGE *(at time of this birth)* **38** YEARS | 15. BIRTHPLACE *(State or foreign country)* **Mass,** | 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER *(Do NOT include this child)* | |

| | a. How many OTHER children are now living? **3** | b. How many OTHER were born alive but are now dead? **0** | c. How many children were stillborn (born dead after 20 weeks pregnancy)? **0** |
|---|---|---|---|

17. INFORMANT'S NAME **Mother**

| 18. I hereby certify that I attended the birth of this child who was born alive on the date stated above. **11:26 AM** | 18a. SIGNATURE *[signature]* TEL. ADDRESS **18901 W McNichols** | 18b. ATTENDANT AT BIRTH M.D. ☒ D.O. ☐ Midwife ☐ Other (Specify) 18c. DATE SIGNED **7-29-62** |
|---|---|---|

| 19. DATE RECEIVED BY LOCAL REGISTRAR **AUG 13 1962** | 20. REGISTRAR'S SIGNATURE *[signature]* CF Anderson M.D. |
|---|---|

I hereby certify that the foregoing is a true copy of the record on file in the Detroit Department of Health; attested by the raised seal of the City of Detroit.

*[signature]* John J. Hanlon M.D.
Health Commissioner

*[signature]*
Division Head

Dated **AUG 29 1967**

EXHIBIT 4



# Certificate of Baptism

✝

### Church of

Our Lady of Loretto

17116 Olympia  Detroit, Mich 48240

### ❧ This is to Certify ❧

**That** Brian Michael

**Child of** John A. Gaherty

**and** Theresa Strenk

**born in** Detroit (CITY) Michigan (STATE)

**on the** 29th **day of** July 19 62

### was Baptized

**on the** 19th **day of** August 19 62

### According to the Rite of the Roman Catholic Church

**by the Rev.** John A. Blaska

**the Sponsors being** { Russell Sorlin

Eleanor Jarosz

**as appears from the Baptismal Register of this Church.**

**Dated** February 6, 1970

Rev. Robert V. Ryan

*Pastor*

G. A. FUCHS CO., DETROIT

0483

JOB NO.

TX IMAGE SET NOT TO DISPLAY

*******************
TX REPORT
*******************

EXHIBIT 4



"I sign thee with the sign of the Cross and I confirm thee with the chrism of salvation in the name of the Father and of the Son and of the Holy Spirit."

BRIAN MICHAEL BARTHOLOMEW GAHERTY

received

The Holy Sacrament of Confirmation

this 5th day of March in the year

of Our Lord and Savior 1975

John L. Morkovsky

Bishop

in St. Benedict Church

William M. Pickard

AD-RR-GREEN

EXHIBIT 4

03/06/2024 WED 09:20          ☒001



## American Red Cross

2020 Supporter:

Mr. Brian Gaherty

EXHIBIT 4

213-526-8300

American
Red Cross

2021 Supporter

Mr. Sean Doherty

EXHIBIT 4



**American Red Cross**

2022 Supporter:

Mr. Brian Gaherty

EXHIBIT 4

redcross.org/tgc 1-800-RED-CROSS

Thank you . . .

EXHIBIT 4

From the first moment we
arrived, St. Jude welcomed
us. We've been touched by
the tremendous outpouring of
support through this whole
journey. My family, and all
of the other families . . .
we're all here because generous
friends like you give to St. Jude.

Merry Christmas,
Ashley
(Ava's mom) EXHIBIT 4



"It costs so little to teach a child to love, and so much to teach him to hate." — *Father Flanagan*

# Certificate of Acknowledgment



*Has been awarded to*

## MR. BRIAN M. GAHERTY

*By*

### *Father Flanagan's Boys' Home®*

*In appreciation of your contribution to the children of Boys Town®*

Father Steven E. Boes,
National Executive Director

Boys Town®
The Original Father Flanagan's Boys' Home®

## 2020
ANNUAL APPEAL

EXHIBIT 4

"It costs so little to teach a child
to love, and so much to teach
him to hate." — *Father Flanagan*



# Certificate of Acknowledgment



Has been awarded to

## MR. BRIAN M. GAHERTY

*By*

### Father Flanagan's Boys' Home®
*In appreciation of your contribution to
the children of Boys Town®*

Fr. Steven E. Boes,
National Executive Director

Boys Town®
The Original Father Flanagan's Boys' Home®

## 2022
ANNUAL APPEAL

EXHIBIT 4

*We are the Lord's*



January 18, 2024

Mr. Brian Michael B. Gaherty
4619 Pinebrook Ln.
Houston TX 77053-1107

Dear Mr. Gaherty,

As the Archbishop of Galveston-Houston, I must often create and look ahead to anticipate what is yet to come to ensure our Archdiocese has enough. When the weight of the needs of caring for the people in our church gets too heavy, I think of how we are blessed to have one another and countless opportunities to put His divine calling into action.

St. Paul's Letter to the Romans reminds us that we are not our own. *"We are the Lord's!"* Each of us must live according to God's will and serve Him in everything we do. When we do, we extend love, compassion, and support to those most in need. One of the ways that you can serve God and his Church is by supporting the annual *Diocesan Services Fund* (DSF), which provides funding for 64 ministries dedicated to serving those most in need.

When you contribute to DSF, you express your gratitude to God for the many blessings He has given you. Whether through the distribution of food to the hungry, shelter to the homeless, formation of our future priests, education and faith formation for our youth, or peace to the broken-hearted, *your generosity is a testament to your love of Christ*. It helps ensure we are able to make His will possible, together.

Mr. Gaherty, thank you for your gift last year to the *Diocesan Services Fund*. I am deeply grateful for your generosity, which served as Christ's hands and feet, providing for those who are on the margins, hungry, or suffering in our midst.

EXHIBIT 4

You also enabled us to expand our reach and be true witnesses to the fact that *"We are the Lord's."* **I hope you will prayerfully consider renewing your support of DSF today at donate.archgh.org.**

Thank you again for your annual support of DSF. I pray that God will continue to give each of us, as one Body in Christ, the courage to serve as His hands and feet in our community. May God continue to bless you abundantly for your generosity. I remain,

Sincerely yours in Christ,

*Daniel Cardinal DiNardo*

Daniel Cardinal DiNardo
Archbishop of Galveston-Houston

*We are the Lord's*

EXHIBIT 4

Dear Friend,

Could you open your heart and share your blessings this Christmas?

With your donation, we can help our struggling neighbors with food and other basic needs, and provide clothing and gifts for their children. You will offer much-needed hope at Christmas, and all year long.

A gift in any amount is very much appreciated!

Thank you, and may God bless you.



*May you have ...*

The Spirit of Christmas *which is peace.*

The Gladness of Christmas *which is hope.*

The Heart of Christmas *which is love.*

Please send back one of the enclosed Christmas Meal Tickets to offer food and blessings to our neighbors in need. Have a truly blessed Christmas!

– Your Friends at The Salvation Army

EXHIBIT 4



COVER IMAGE: The artwork on this card originally appeared on the cover of the 1931 Christmas edition of *War Cry*, The Salvation Army's national magazine.



DOING THE
MOST GOOD

SAI-21005

EXHIBIT 4

**Brian M.gaherty, someone needs YOU to offer a bit of joy and hope this Christmas . . .**

Christmas = Joy. *Unless life has crashed down around you.* We may not readily notice them, but many are struggling: homeless, hungry, feeling hopeless. For them, Christmas will be a day of grief.

PLEASE share the joy of Christmas with them! As you give, and as you sign and return the card, you'll **step into a hurting life** to offer help, hope, and healing. It starts with a hot meal—your card will be there. Then you'll offer shelter, clothing, other necessities—and most importantly, the hope of the Gospel.

Every $1.94 given provides another crucial meal—and the possibility of *life transformation* through faith in Christ. As you give, please sign and return the note: your personal, heart-to-heart invitation, that says to someone in crisis: "Please come experience God's love!" God bless you!

EXHIBIT 4   *Phil*

Your gift will share the Gospel with someone who's
hungry and hurting this Christmas. They can experience
the life-changing power of God's love, thanks to you!

EXHIBIT 4

*Please sign and return the attached note with your gift today. .*



**RE-ELECT**

# STATE REPRESENTATIVE
## ALMA **ALLEN**
## DEMOCRAT ▬ DIST. 131

## Leading with Experience!

## Election Day - March 5th
## Early Voting - Feb 21- Mar 1

EXHIBIT 4

# LEADING WITH EXPERIENCE!

## EXPERIENCE:
- 18 years - State Representative, District 131
- Vice Chair - House Public Education Committee
- Member - Corrections Committee
- House Democratic Whip
- 12 years - Member, Texas State Board of Education
- 39 years - HISD teacher, principal and administrator
- Ex-Officio Board Member - Houston Red Cross
- Former Board Member - MHMRA of Harris County
- Alpha Kappa Alpha  and Iota Phi Lambda
- Top Ladies of Distinction and National Women of Achievement

## ACCOMPLISHMENTS:
- Stopped vouchers!
- Helped to significantly reduce standardized testing
- Created loan repayment for Speech Pathologists/Audiologists
- Created the Brays Oaks Management District, Five Corners
  Management District and Spectrum Management District
- Secured $1 million grant for Townwood Park
- Expanded children's access to autism therapy
- Created incentive program to rehabilitate incarcerated people
  through substance abuse and job training programs
- Created efficiency in disability transportation
- Gave school bus drivers the tools to maintain bus safety
- Required polling places to post voter complaint information,
  and streamlined the voter application
- Post-ratified the 24th Amendment to the US Constitution,
  abolishing the poll tax

## EDUCATION:
- Bachelor of Science and Master of Education degrees
  Texas Southern University
- Doctorate of Education in Curriculum and Instruction
  University of Houston

## FAMILY:
Representative Alma A. Allen and Lawrence A. Allen, Sr.
(deceased) have two children: Dr. Patricia K. Allen, retired
McGregor Elem. principal, and Lawrence A. Allen, Jr., retired
State Board of Education and retired Senior Community Liaison
for HISD

### Alma Allen Campaign
### almaallen131@gmail.com

EXHIBIT 4

Pol. Adv. Paid for by the Alma Allen Campaign, Alfred Jackson, Treasurer



# Thank You for Your Gift to St. Jude

**St. Jude Children's Research Hospital**
Finding cures. Saving children.
ALSAC · DANNY THOMAS, FOUNDER

*See reverse for card payment options.*

Please visit **stjude.org/joinus** to donate online.

Mr. Brian M. Gaherty
4619 Pinebrook Ln            026
Houston, TX 77053-1107

AGGK23115100000401905880

Dear Mr. Gaherty,

Thank you, friend! On behalf of the children of St. Jude Children's Research Hospital, I send you my utmost gratitude for your gift of $3.01 in November 2023. Generous gifts like yours do so much to help support our research and treatment for all the children who turn to us each year -- children like Kavya, JP and Amyra.

Though St. Jude is a place filled with hope, one heartbreaking thing connects all the girls and boys in our care -- they are being treated for cancer or another life-threatening disease. These children were all referred to St. Jude. And once here, our doctors placed each one of them on a special treatment plan to give them hope for a second chance at life.

Because of generosity like yours, families never receive a bill from St. Jude for treatment, travel, housing or food -- so they can focus on helping their child live. St. Jude families are so grateful for friends like you who help make it all possible.

Your donation is truly a gift of hope for thousands of children around the world, just like Kavya, JP and Amyra. On behalf of the children and families of St. Jude, we thank you for your support. God bless your good heart.

For the children,

*Marlo Thomas*
Marlo Thomas



**Kavya**
blood disorder



**JP**
brain tumor



**Amyra**
sickle cell disease

EXHIBIT 4

Please charge my debit/credit card with my contribution of $_____ (All amounts will be charged in U.S dollars.)

Please print card # using **Black** or **Blue** ink.

Exp. Date (MMYY)

Print Name:_____

Authorizing Signature:_____

Email Address:_____

Please be sure this address shows through the window of the return envelope. Thank you!



**ST JUDE CHILDREN'S RESEARCH HOSPITAL**
PO BOX 50
MEMPHIS TN 38101-9929

# INCREASE YOUR IMPACT

**See if your employer will match
your gifts to St. Jude.**



Scan this QR code or
search for your employer at
**stjude.org/matchinggifts**.

*Contributions are tax deductible to the extent allowed by law.
No goods or services were provided in exchange for the donation.*



**ST. JUDE IS LEADING THE WAY**
the WORLD UNDERSTANDS, TREATS
and DEFEATS CHILDHOOD CANCER.

**ST. JUDE SHARES THE BREAKTHROUGHS IT MAKES** to **HELP DOCTORS + RESEARCHERS** at local hospitals and cancer centers **AROUND THE WORLD IMPROVE THE QUALITY** of **TREATMENT** and **CARE FOR EVEN MORE CHILDREN.**

**FAMILIES NEVER RECEIVE A BILL FROM ST. JUDE** for treatment, travel, housing or food -- so they can focus on **HELPING THEIR CHILD LIVE.**



TREATMENTS INVENTED at **ST. JUDE** have helped push the **OVERALL CHILDHOOD CANCER SURVIVAL** rate from **20**% in **1962** TO **80**% **TODAY.** WE WON'T STOP **until no child dies from cancer.**

EXHIBIT 4

LDQ124LR

**PACIFIC GARDEN MISSION**
*Transforming lives since 1877*

1458 South Canal Street ▪ Chicago, IL 60607-5201

20997  37
Brian M. Gaherty
4619 Pinebrook Ln
Houston, TX 77053-1107
 իլիիսմիիվ||ıı|| լիիիդ.ոոի|||||||ի|ııիլ||դ.իայ||ιη||ι

January 2024

Dear Brian M.Gaherty,

"Winter weather?" It might be mild; it might be brutal.

But it's never really *dangerous* . . . is it?

Not really, for you and me. We can get inside, or maybe even <u>stay</u> inside. And when we <u>have</u> to be outside, we have good, warm clothing to wear.

Yet for someone living outdoors, even the mildest winter is *miserable*. No warm house, no warm bed . . . and no clothing is really warm enough for living day after day, night after night, in winter weather. In fact, when temps really drop overnight, someone sleeping in an alley or under a bridge can actually <u>die</u> just from being <u>so *cold*</u>.

For the sake of *that* person . . . homeless, hurting, hungry . . . maybe even a family with children who've lost their home . . . I'm hoping and praying you can provide meals and shelter.

➤ Would you please return one or both of the enclosed **Meals & Shelter Vouchers** along with your gift in the same total amount—to <u>bring people in off the streets</u> and *<u>offer them help and hope in Jesus' name?</u>*

**Hundreds of men, women, and children will need help this winter, Brian M.Gaherty.** This is my request on their behalf:

**Please pray about how generous you can be.**

One night of safe shelter and a full day of healthy meals costs just $27.39. Could you give to provide one night of shelter and one day of meals for hungry, homeless people in crisis this winter? Or maybe you could give even more.

Your gift of love will offer the physical warmth of this Mission facility, but <u>just as importantly</u>, the warmth of a loving Christian family . . . plus a good meal, a safe place to sleep, fresh clothing, and the basic necessities of life—and <u>also</u> hope for the future. *Every person who walks through our doors hears the Good News . . . and the Good News <u>changes people</u>.*

You'll touch the life of someone like Wilbert. He didn't know God. He was struggling with addiction. But he had a good job. Then the business shut down. Wilbert struggled—but he survived. He found work again.

(over, please)

EXHIBIT 4

But then the business changed hands, and the new owners brought in their own people. Wilbert found himself out of work again. Out of money. On the streets. "I would never have envisioned myself sleeping in hallways, on park benches, in cars," he says. But there he was.

Outdoors, winter after winter, Wilbert's despair drove him into ever deeper dependency on drugs. "I was going down the road to destruction," he says. One day, he hit rock bottom. "I broke down," he remembers—"and I prayed." In that moment, Wilbert entered into the spirit of Psalm 116:1 (KJV): *"I love the Lord, because he hath heard my voice and my supplications."*

*It was a turning point.* God answered his desperate prayer. Wilbert found his way to our Mission. Your love rescued him. Here, he found what so many have found: a warm word of welcome, a place at the table, a healthy meal, then a change of clothes, the simple hygiene items that you and I keep in our medicine cabinets at home. A safe, warm, comfortable bed.

But also—beyond solving the problems of the moment—a turn toward the *future*: Your giving provides the tools for some precious soul to start rebuilding, to begin a whole new life: tools like Christian counseling. Skills training. Addiction recovery. Help finding work and lodging. *Every program, every resource, Bible-based, fully tested, proven-effective.*

> ➤ And at the heart of it all, the supremely important life-transforming message of God's love: the call to **a new way of living,** through faith in Jesus Christ as Lord and Savior of your life.

This is the beautiful and powerful work you are a crucial part of when you give to Pacific Garden Mission.

And this is why today, I ask so boldly for your help.

Please offer a place of refuge for someone who's lost. They need help. They need hope. They need Jesus. You and I have the privilege of offering that hope. Sharing our Savior.

They won't need to stay here forever . . . but *Christ can become their lifelong refuge.* A simple meal and a safe, warm place to sleep can be the launching point for new life.

I don't know how much you can give, but I do know this: Whatever you give, *lives will change, by the grace of God, because of you.* Thank you in advance. May God bless you and keep you this winter!

Sharing Christ's mercy and love,

Philip Kwiatkowski
President

P.S.   Winter is hard for some. But every $27.39 you give will offer a full day of shelter and meals. So please return your enclosed **Meals & Shelter Vouchers** along with your generous gift. Thanks again!

EXHIBIT 4



**Jeremy Belsky, MA, CAP®**
Director, Gift and Estate Planning

02-01-001****AUTO**ALL FOR AADC 773
Mr. Brian M. Gaherty
4619 Pinebrook Ln                    T145 P1
Houston, TX  77053-1107                36491

March 2024

Dear Brian:

Someday, our legacies will tell about the impact we've made on others during our time on earth.  It will demonstrate our use of both material and spiritual blessings and show future generations how the world is different because we were here.

Through your will or a Charitable Gift Annuity, you can leave a lasting legacy to your loved ones as well as to the causes you hold dear, directing the ripple of your life's impact onto future generations.

Making a simple designation in **your will** is an easy way to make a significant impact in carrying out your final act of stewardship.  You don't have to be wealthy to make Boys Town a beneficiary in your will, even a smaller gift is important, but you do have to take action.

Another option to consider is funding a **Charitable Gift Annuity** as a way to safeguard your funds and provide a reliable source of income.  This not only benefits the children at Boys Town - *it also provides a stable income stream for you for the rest of your life.*

Enclosed you will find our Spring planning newsletter that will provide information about your gift planning options and can help you choose the legacy you want to leave your family and to the world.

Please feel free to visit our website about other gift planning options at www.**boystowngift.org**.  I would also like to invite you to request your free *Guide to Gift Planning* by returning the enclosed form.  And if you would like to contact one of our Estate Planning Associates at our **Gift and Estate Planning Office**, you can call us toll-free at **1-888-332-3219**.  Our staff is here to answer your questions or help in any way we can.

Hopefully this letter reaches you in good health and safety.

Sincerely,

Jeremy Belsky
Director, Gift and Estate Planning

Office of Gift and Estate Planning   |   14100 Crawford St   |   Boys Town, NE 68010
888-332-3219   |   giftplanning@boystown.org   |   boystowngift.org

**Saving Children, Healing Families®**

EXHIBIT 4



# How You Can Help Boys Town
# Make an Even **BIGGER** Difference!

**Oftentimes,** *people ask what more they can do to actively help Boys Town bring life-changing care to children and families in need.*

*Now, you can do even more by connecting others to Boys Town's outreach and community programs. Think about the people in your life. You're probably aware of someone — a parent or child you love and care about — who is feeling overwhelmed or just needs some helpful advice.*

Visit **BOYSTOWN.ORG**

## Here's what you can do:

> TELL THEM TO VISIT **boystown.org/parenting,** our website for advice and tips on raising happy, healthy children in today's world. There's plenty of practical, easy-to-use information from our experienced Boys Town experts.

> ASK THEM TO BROWSE THE **Boys Town Press®** website for materials on parenting, child development and a wide variety of other child and family topics. On-line ordering is easy and fast.

> SUGGEST LOOKING INTO **Boys Town Common Sense Parenting® (CSP) classes**. These fun, informative classes open the door to positive ways to parent children. Parents and other caregivers come away with new strategies for creating a happier, healthier home. (CSP classes may not be available in all areas.)

> GET THEM TO CHECK OUT **YourLifeYourVoice.org**, an interactive website especially for teens. We know the Internet can sometimes be a dangerous place for young people. But on **YourLifeYourVoice.org**, the teens in your life will find a safe environment where they can express their thoughts, ask questions and get answers to challenges.

## For people you know who want to work directly with kids:

> TELL THEM TO VISIT **boystown.org/foster-family-services** to learn more about becoming a Boys Town Foster Parent. Our Foster Parents open their homes and hearts to children who need a safe place to live in the community. Boys Town provides training and continuous support.

> ASK THEM TO BROWSE **boystown.org/careers** to learn more about becoming a **Boys Town Family-Teacher®** or **Assistant Family-Teacher®**. These trained professionals care for children who live in our residential homes at many of our sites across the country. They guide children toward their miracle of the heart.

**EXHIBIT 4**

2312-284-03_C2235

**Heart of the Nation**®
CATHOLIC MASS

# *Your 2024 Catholic Art Calendar*

Dear Friend of Heart of the Nation,

Displaying your 2024 **With Us Always** calendar will welcome the Lord and His love into your daily life. Here at Heart of the Nation, we hope that religious art, prayers, and thoughts inspired by Holy Scripture will make your calendar part of blessed and grace-filled days.

Please return the enclosed reply slip with your special prayer intentions and an offering if you can donate. Your response will share the Lord's compassion for the sick, lonely, and struggling who find hope through Heart of the Nation's Catholic ministry and prayer for one another.

Your **With Us Always** calendar includes Catholic feast days honoring Jesus, Mary, Joseph, and other saints. There is also room on your calendar for you to write birthdays, anniversaries, and any occasions celebrating the people you love. Whenever you note appointments, please know that the Lord accompanies you in His love.

Together, we will continue to help one another grow in faith and gratitude for the love of the Lord, who promised to remain with us always.

In the Heart of Jesus,

*Fr. Mark*

Fr. Mark Payne
Chaplain

P.S. Returning the enclosed reply slip with your gift will ensure that every possible penny you donate will directly help in Heart of the Nation's ministry.

P.O. Box 14428, Milwaukee, Wisconsin 53214 • (855) 855-MASS
www.HeartoftheNation.org                                    EXHIBIT 4



# PACIFIC GARDEN MISSION
### Transforming lives since 1877

1458 S. Canal Street · Chicago · Illinois · 60607-9835 · U.S.A. · 312.492.9410 · www.pgm.org

10/26/2023

Brian M. Gaherty
4619 Pinebrook Ln
Houston, TX 77053-1107

Dear Brian,

Thank you for the gift of $3.01 received on 10/24/2023.

**"He that hath a bountiful eye shall be blessed for he giveth of the bread to the poor"**
Proverbs 22:9.

We know that God multiplies all the gifts that we receive, enabling us to do the work we do.

It is humbling to watch God in action at PGM. From a tiny store front with a handful of people, PGM has expanded to a 155,000 Sq. ft. building housing some 850-1000 men, women, and children. Over 30 weekly services proclaim the Gospel of Jesus Christ. There are Bible classes for everyone. Many, even children, receive Christ as their Savior.

Yours through His Wondrous Grace,

*Philip Kwiatkowski*

Philip Kwiatkowski
President

| Your Receipt | Details | Fund Description | Amount |
|---|---|---|---|
| Receipt Number: | 10242363 | PGM -Ministry Operations | $3.01 |
| This Gift Amount: | $3.01 | | |
| Check Number: | 19584486248 | | |
| Gift Date: | 10/24/2023 | Total Amount | $3.01 |
| Charitable Amount: | $3.01 | | |
| **2023 YTD Charitable Amt: $3.01** | | **Account # 132916** | |

*No goods or services were provided to the donor in exchange for this contribution. Pacific Garden Mission is an exempt organization as described in Section 501(c)(3) of the Internal Revenue Code; EIN 36-2445391*

EXHIBIT 4



Your kindness means so much to the children of Boys Town.

Mr. Brian M. Gaherty
4619 Pinebrook Ln
Houston, TX 77053-1107

T138 P1
41569

February 2023

Dear Brian,

Thank you for your gift of $4.01.

You make it possible for Boys Town to provide our children with a safe home and time to heal.  With the love from a Boys Town family home, they learn that they do deserve all the good things life has to offer.

Generous friends like you are a great blessing.  It's only with your help that we can care for the children entrusted to us.

Thank you for sharing our commitment to help these young souls discover faith and hope.  Please keep them in your prayers.

Your gift will make a lasting difference in the lives of our children.

God's Blessings,

Father Steven Boes
National Executive Director

IRS Requirement: We acknowledge, in compliance with Federal Tax Law, that you have received no goods or services from Father Flanagan's Boys' Home for your contribution. Please retain this receipt for your tax records as substantiation of any charitable contribution deduction.

Father Flanagan's Boys' Home®   |   Boys Town, Nebraska 68010   |   800-217-3700   |   **boystown.org/give**

 facebook.com/BoysTown          instagram.com/BoysTown          twitter.com/BoysTown

EXHIBIT 4

# How You Can Help Boys Town Make an Even **BIGGER** Difference!



*Oftentimes, people ask what more they can do to help parents and children in need.*

*They want to actively help Boys Town bring life-changing care to children and families.*

*Now, you can do even more by connecting others to Boys Town's outreach and community programs. Think about the people in your life. You're probably aware of someone — a parent or child you love and care about — who is feeling overwhelmed or just needs some helpful advice.*

**Visit BOYSTOWN.ORG/GIVE**

## Here's what you can do:

> TELL THEM TO VISIT **boystown.org/parenting**, our website for advice and tips on raising happy, healthy children in today's world. There's plenty of practical, easy-to-use information from our experienced Boys Town experts.

> ASK THEM TO BROWSE THE **Boys Town Press®** website for materials on parenting, child development and a wide variety of other child and family topics. On-line ordering is easy and fast.

> SUGGEST LOOKING INTO **Boys Town Common Sense Parenting® (CSP) classes**. These fun, informative classes open the door to positive ways to parent children. Parents and other caregivers come away with new strategies for creating a happier, healthier home. (CSP classes may not be available in all areas.)

> GET THEM TO CHECK OUT **YourLifeYourVoice.org**, an interactive website especially for teens. We know the Internet can sometimes be a dangerous place for young people. But on **YourLifeYourVoice.org**, the teens in your life will find a safe environment where they can express their thoughts, ask questions and get answers to challenges.

## For people you know who want to work directly with kids:

> TELL THEM TO VISIT **boystown.org/foster-family-services** to learn more about becoming a Boys Town Foster Parent. Our Foster Parents open their homes and hearts to children who need a safe place to live in the community. Boys Town provides training and continuous support.

> ASK THEM TO BROWSE **boystown.org/careers** to learn more about becoming a Boys Town Family-Teacher® or Assistant Family-Teacher®. These trained professionals care for children who live in our residential homes at many of our sites across the country. They guide children toward their miracle of the heart.







---

**Financial information about Father Flanagan's Boys' Home can be obtained by writing to us at Father Flanagan's Boys' Home, Finance Department, Boys Town, NE 68010 or as stated below:**



**Your Dollar**
EVERY DOLLAR DONATED HELPS A CHILD

PROGRAMS 84%

FUNDRAISING 12%

MANAGEMENT AND GENERAL 4%

**FLORIDA:** Contributions benefit Father Flanagan's Boys' Home / Boys Town, a not for profit tax exempt organization. A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION OF Father Flanagan's Boys' Home / Boys Town, Division # CH607, MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL FREE 1-800-435-7352 WITHIN THE STATE OF FLORIDA. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL OR RECOMMENDATION BY THE STATE. Father Flanagan's Boys Home / Boys Town receives 100% of each contribution. **MARYLAND:** Documents and information filed under the Maryland charitable organizations laws may be obtained from the Secretary of State, Charitable Division, State House, Annapolis, MD 21401. **MICHIGAN:** MICS No. 9328. **MISSISSIPPI:** The official registration and financial information of Father Flanagan's Boys' Home may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. **NEW JERSEY:** Information filed with the Attorney General concerning this charitable solicitation may be obtained from the Attorney General of the State of New Jersey by calling 973-504-6215. Registration with the Attorney General does not imply endorsement. **NEW YORK:** Copies of our latest annual reports are available from the Office of the Attorney General by writing the Charities Bureau, 120 Broadway, New York, NY 10271, or by contacting us directly at Father Flanagan's Boys' Home, Annual Giving Department, Boys Town, NE 68010. **NORTH CAROLINA:** Financial information about this organization

and a copy of its license are available from the State Solicitation Licensing Branch at 1-888-830-4989. The license is not an endorsement by the state. **PENNSYLVANIA:** The official registration and financial information of Father Flanagan's Boys' Home may be obtained from the Pennsylvania Department of State by calling toll free, within Pennsylvania,1-800-732-0999. Registration does not imply endorsement. **VIRGINIA:** A copy of our most recent financial statement is available from the State Division of Consumer Affairs, P.O. Box 1163, Richmond, VA 23218, or by contacting us directly at Father Flanagan's Boys' Home, Annual Giving Department, Boys Town, NE 68010. **WASHINGTON:** Father Flanagan's Boys' Home is properly registered under Washington Chapter 19.09. Financial affairs information is available from the Secretary of State by calling toll free, within the state of Washington,      1-800-332-4483. **WEST VIRGINIA:** West Virginia residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration does not imply endorsement.



EXHIBIT 4

2204-136-03

American Red Cross
Coastal Plains Texas
2700 Southwest Freeway
Houston, TX 77098



American
Red Cross

December 18, 2023

Dear Mr. Gaherty,

Most people never think they'll need the American Red Cross ... until an unexpected event turns their life upside down.

Take Bettye: This Alabama mom never imagined the smoke detectors that the Red Cross installed in her home would save her life just two months later. Then one night, the alarms went off, alerting Bettye and her family to a dangerous blaze. Red Cross volunteers arrived quickly to provide urgent support, including financial assistance.

**"Those guys are awesome," says Bettye. "They truly helped us a lot and made me feel like somebody cared."**

Compassionate neighbors like you ensure that the Red Cross and our dedicated volunteers can be there day or night to deliver comfort and hope when emergencies like winter storms and home fires strike, provide training in first aid and other crucial skills, allow for the collection of lifesaving blood, and more.

**That's why I am asking you to renew your financial support of the American Red Cross with a generous donation of $15, $20 or any amount to our 2024 Annual Campaign today.**

(over, please)



redcross.org/tgcr

EXHIBIT 4

Over the last year, the American Red Cross of Coastal Plains Texas has helped 221 families. As your past support proves, you don't have to live next door to be a real neighbor. The people you have helped may not know your name, but they certainly know your kindness, compassion and humanitarian spirit.

Your support helps the Red Cross play a vital role in our community and across the country, ensuring we can continue to:

- Provide food, shelter, comfort and hope in times of crisis.
- Collect millions of units of lifesaving blood donations each year.
- Provide crucial training to help people prevent and respond to emergencies.
- Help members of the military, veterans and their families prepare for, cope with and respond to the challenges of military service.

**Please support our 2024 Annual Campaign today and know that your gift will change the lives of those we serve tomorrow**, giving hope to countless people across the country who need the Red Cross. Thank you.

Sincerely,

Mia Bendixsen
Executive Director

P.S. The enclosed Red Cross supporter card is a proud symbol of your commitment to look after the health and safety of your family, friends and others in your community. Please accept it with our thanks for your continued support today!

EXHIBIT 4



DOING
THE MOST
GOOD

December 20, 2023

Mr. Brian Gaherty
4619 Pinebrook Ln
Houston, Texas 77053-1107

Dear Brian,

As the holiday season approaches, we wanted to take a moment to express our heartfelt gratitude for your generous support of The Salvation Army. Your kindness and generosity have made a profound impact on the lives of those less fortunate, and we are deeply grateful for your support.

During this special time of year, it is important to reflect on the joy and hope that the Christmas season brings. Your contribution has helped us bring warmth, comfort, and hope to countless individuals and families in need. Through your selflessness, you have truly exemplified the spirit of giving, and for that, we are truly thankful.

Your donation has allowed us to provide shelter, food, and essential services to those experiencing hardship. It has offered a helping hand to those struggling to make ends meet and has brought smiles to the faces of children who might have otherwise gone without during the holidays. Once again, thank you for your incredible generosity and unwavering support. Your kindness makes a world of difference to those we serve.

Merry Christmas, and may the New Year bring you health, happiness, and prosperity.

With heartfelt thanks and warmest wishes,

*Rob Webb*

Rob Webb, Major
*Area Commander*

> If you would like to learn more about how The Salvation Army meets the needs of needy children, families, and seniors in our community, please call Donor Services at (832) 201-8025.

EXHIBIT 4

*Thank you again for your donation of $ 3.01 received on 12/4/2023.*

# THERE'S MORE THAN ONE WAY TO DO THE MOST GOOD

*Through your kindness we are able to help those in need throughout our community.
Whether it's a donation of goods, money, or time, your efforts support the Salvation Army's vital programs.
Here are a few more ways you can maximize your impact.*



## Cash Gifts

Cash donations can be made via check or credit card and sent to our administrative offices at 1500 Austin Street Houston, TX 77002.

## Online Gifts

For an even more convenient way to give, you can make a one-time gift, an honorarium or memoriam gift, or create a recurring gift through our secure online portal: https://give.salvationarmytexas.org.

## Securities Gifts

If you currently hold any stocks, bonds, or mutual funds, consider making a securities gift. By donating securities, you are able to reduce or avoid capital gains tax and receive a charitable deduction on your federal income tax. Call 713-752-0677 for more information.

## Volunteer

Discover the joy of giving back to your community by signing up to volunteer with The Salvation Army. We have opportunities to work with our Boys and Girls Club, deliver meals to seniors through Meals on Wheels, or become an ESL instructor for our diverse clients. For more information, visit http://www.salvationarmyhouston.org/Volunteer or call 713-752-0677.

## Planned Gifts

Whether you are a one-time donor or have been giving for years, your legacy of Doing the Most Good can live on through a planned gift to The Salvation Army. The need in our community is great and by designating us as a recipient of a Bequest by Will, Gift Annuity, Charitable Remainder Trust, Pooled Income Fund, Life Insurance, or Hometown Endowment, you help us continue serving those who need our help many years into the future. To learn more about planned giving, call 713-752-0677.

## Material Donations

Your material donations are greatly appreciated and help offset program costs. Donations are accepted at all five of our Salvation Army retail locations, http://www.salvationarmyhouston.org/family-store. To schedule a pick-up of items such as furniture, clothing, or vehicles, please call 713-869-3551.

## Matching Gifts

Does your employer offer a matching gift program? If so, you can significantly increase your contribution by simply submitting a matching gift request through your company's online portal or mailing us a matching gift form along with your check.

EXHIBIT 4



1458 S. Canal Street · Chicago · Illinois · 60607-9835 · U.S.A. · 312.492.9410 · www.pgm.org

12/15/2023

Brian M. Gaherty
4619 Pinebrook Ln
Houston, TX 77053-1107

Dear Brian,

Thank you for the gift of $2.00 received on 12/12/2023.

**"He that hath a bountiful eye shall be blessed for he giveth of the bread to the poor"**
Proverbs 22:9.

We know that God multiplies all the gifts that we receive, enabling us to do the work we do.

It is humbling to watch God in action at PGM. From a tiny store front with a handful of people, PGM has expanded to a 155,000 Sq. ft. building housing some 850-1000 men, women, and children. Over 30 weekly services proclaim the Gospel of Jesus Christ. There are Bible classes for everyone. Many, even children, receive Christ as their Savior.

Yours through His Wondrous Grace,

*Philip Kwiatkowski*

Philip Kwiatkowski
President

Thank You!
PS. 12:5

EXHIBIT 4

St. Jude Children's® Research Hospital
Finding cures. Saving children.
ALSAC • DANNY THOMAS, FOUNDER

To help your gift get to St. Jude as soon as possible, please donate online at stjude.org/donatetoday.

November 30, 2023

Your year-end gift will help St. Jude treat children like Connor.

Mr. Brian M. Gaherty
4619 Pinebrook Ln.
Houston, TX 77053-1107

Dear Mr. Gaherty,

Can you believe it? The year is almost over -- just a few weeks left! And what a year it's been, with its ups and downs, its challenges and triumphs.

This year, the children and families of St. Jude Children's Research Hospital have faced some of life's most difficult challenges -- battling childhood cancer and other life-threatening diseases.

So when the holiday season rolls around, we do everything we can to give all our girls and boys a break from hospital appointments between Christmas and New Year's, to give them extra time to play with siblings, cousins and friends. They should have the chance to wake up on Christmas morning in the comfort of their own homes -- just like healthy children do.

But sometimes, that's just not possible.

That's why I wanted to write you this letter. Before this year ends, won't you help St. Jude again, Brian?

Every year, cancer stands in the way of many families' Christmas dreams and plans. Please send your year-end, tax-deductible gift of $5, $10 or any amount you can give to help St. Jude doctors, nurses and scientists provide the care and research that could bring us closer to the day when no child's Christmas -- and no child's life -- is cut short by cancer.

Will you please give a year-end gift for children like Connor?

It all started just 6 days after Connor's little sister, Lanie, was born.

His mom noticed that he seemed really tired. Then his head and neck started to hurt.

When he began having trouble walking, Connor's worried parents took him to their local doctor. They left their 3-week-old baby girl with friends and set off on the hour-and-a-half-long journey.

Once there, doctors ordered an MRI, which revealed a tumor in Connor's brain . . .

(over, please)

EXHIBIT 4

<u>Three-year-old Connor had brain cancer</u>.  Connor underwent emergency surgery to have a shunt placed to drain fluid and lessen the pressure on his brain.

After surgery to remove the tumor, Connor was referred to St. Jude for his continued treatment, which included chemotherapy.

Thanks to friends like you, <u>families never receive a bill from St. Jude for treatment, travel, housing or food</u> -- so they can focus on helping their child live.

Connor's mom said, "We wanted the best for Connor.  St. Jude was at the top of that list.  Until we got here and entered this world, we didn't know how wonderful St. Jude was.  Concierge service, activities at the front desk for Connor to do.  We did not realize that St. Jude helps take care of everybody, not just Connor."

Treatments developed at St. Jude have helped push the overall childhood cancer survival rate from 20 percent in 1962 to more than 80 percent today.

But as this year comes to a close, <u>too many children are still fighting for their lives against these terrible diseases</u>.

<u>So we can't stop</u>.  Not until the day that no child dies from cancer.  Won't you help us, Brian?

With the support of friends like you, it's our hope that more children will be able to spend Christmas at home with their loved ones, instead of in the hospital receiving much-needed treatment and care.  But the truth is . . . that won't be the case for every child.

<u>Please send your year-end, tax-deductible gift to St. Jude by December 31</u> to help us continue to care for children like Connor and help ensure our research teams can continue their work that could bring an end to these terrible diseases once and for all.

Connor's family is so grateful for the care St. Jude has shown them.  His mom said, "This whole experience has been very eye-opening about how precious life is, how dedicated St. Jude is to preserving that life.  Everyone really cares about what the mission is: saving lives.  We will be forever grateful."

We know that we can't take one day off -- not even at Christmas.  With just a few days left in 2023, please send your year-end gift of $5, $10 or any amount you can give to St. Jude while you are thinking about it.

Merry Christmas,

*Marlo Thomas*

Marlo Thomas

P.S.  To help your gift reach St. Jude before the year ends, please visit **stjude.org/donatetoday** to donate online.  Support like yours since 2016 helps St. Jude families stay together -- at home or in the hospital.  Thank you for supporting our children and their families during the holiday season and all year long.

*P.P.S.  God bless your good heart for your year-end gift to St. Jude.*

EXHIBIT 4

**PACIFIC GARDEN MISSION** †
*Transforming lives since 1877*
1458 South Canal Street ▪ Chicago, IL 60607-5201

*Simple Meal Tickets can open the door to NEW LIFE in Christ!*

*Phil*

17000 37
Brian M. Gaherty
4619 Pinebrook Ln
Houston, TX 77053-1107

March 2024

Dear Brian M.Gaherty,

When I walk into our kitchen, *I see resurrection.* Because I see my friend Aswad.

He serves in our Mission's kitchen, and he's a living testament to the **resurrection power of God's love** set in motion by your Christlike compassion and generosity.

I remember him 10 years ago—broken, lost, deeply addicted. But there was hope for Aswad . . . because there were people like you, Brian M.Gaherty, willing to pray and give and open
the doors of our Mission. There was also hope because *Aswad urgently wanted and needed new life.*

The day he arrived, he was seated at our table. He received a hot meal. He found safe shelter. But most important of all, he heard the Good News: *God loves you. He gave His Son so you can experience new life.*

Today, Aswad is a bright light in our Mission family, a devoted husband and father, a servant-leader . . . a beautiful picture of 2 Corinthians 5:17: **"Therefore if any man be in Christ, he is a new creature: old things are passed away; behold, all things are become new."**

The world looks forward to Easter Sunday. We look forward to Resurrection Sunday—because *new life is the gift Jesus brought.* Aswad is proof. And he's just one of many thousands who have experienced true transformation by God's grace through your generous support.

But another lost and broken soul will soon arrive on our doorstep. In fact, many will.

→    We'll serve around 1,800 meals a day, at a cost of $2.20 per meal, between now and Resurrection Sunday, to people in serious need.

As you give to Pacific Garden Mission, please return one or both of the enclosed **Easter Meal Tickets** and a gift of $8.80 to offer 4 meals—or $15.40 for 7 meals . . . maybe $24.20 for 11 meals. Or even more. Whatever you can give, you'll offer new life in this resurrection season!

(over, please)

EXHIBIT 4

To hear Aswad's story is to see your compassion in action. He had a rough childhood in a tough neighborhood. He was actually expelled from *grade* school for bad behavior. He started drinking early. Before long, he was using marijuana. At just 19, he began shooting heroin. It was a short, straight line from there to addiction.

For a time, Aswad managed to be a "functioning addict." But dysfunction followed. "I couldn't keep a job," he remembers, "and the little money that I did have went to my addiction."

Year after dreadful year, Aswad was physically, emotionally, and spiritually enslaved to heroin. But *freedom was coming.*

> Even though he came to downtown Chicago just looking for "the best place to get a hustle on, to get the money to feed my addiction," **God had a different priority: *a resurrection priority.***

When Aswad saw people walking into a place called Pacific Garden Mission, he was curious. He had no idea what God had in store. But <u>after years of struggle, he *longed* for something different</u>.

Aswad heard the Gospel message here. He found hope. He found shelter and support. He surrendered his addiction to the power of God's love. He dug deep into the Word. *He started life over.*

It started with a simple meal. <u>I invite you to share such a meal with someone like Aswad this Easter season, someone whose heart is crying out for new life</u>. Maybe they've lost their family, their job, their home. Maybe they're grappling with addiction, a medical problem, an unexpected financial crisis.

This Resurrection Sunday, with your help, they can discover what resurrection really means. They can <u>experience</u> the life-giving love of their heavenly Father.

That first Easter meal will pave the way to much more: Bible study, discipleship, Christian counseling, job training, connections to resources, tools for moving toward self-sufficiency. They'll finally be able to leave behind the old life of hunger, loneliness, and pain.

March 31 is fast approaching. I look forward to hearing from you soon, with a gift of redemption . . . transformation . . . resurrection . . . *new life!*

Sharing Christ's mercy and love,

*Phil*

Philip Kwiatkowski
President

P.S.    For someone lost and alone, Easter Meal Tickets means new life—hope for the future. Thank you for giving what you can. God bless you!

**EXHIBIT 4**